# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. CR412-004 |
| | ) |
| LORI ANGELA JONES | ) |

## REPORT AND RECOMMENDATION

On June 13, 2012, the Court ordered a forensic psychological examination of defendant Lori Angela Jones in accordance with 18 U.S.C. § 4241(a) and (b) to assess both her mental competency for trial and her criminal responsibility for the charged offenses. (Doc. 122.) Pursuant to the Court's order, Jones was transported to the Federal Detention Center in Miami, Florida, where she underwent a comprehensive psychological evaluation. Her evaluators found that she is competent to stand trial and was sane at the time of the offenses. (Doc. 141.)

Both defendant and the government stipulate to the report's findings. (Doc. 172.) The Court concurs with the unrebutted findings in the forensic report that the defendant is not presently suffering from a

mental disease or defect rendering her mentally incompetent to stand trial and was not insane at the time she committed the alleged offenses. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 19th day of February, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA