IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR412-004
)
LORI ANGELA JONES, )
)
Defendant. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 173), to which neither party objects. Both the Government and Defendant have stipulated to the psychiatric report's findings. (Doc. 172.) After a careful de novo review of the record, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant is found competent to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 6th day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA